UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROLLER BEARING COMPANY OF
AMERICA, INC.,
Plaintiff,

    v.                                                Civil Action No. 1:20-cv-10889-IT

RAYTHEON COMPANY,
     Defendant.
:

**NOTICE OF**
**SETTLEMENT ORDER OF DISMISSAL**

TALWANI, D.J.

The Court having been advised on 8/26/2024 that the above-entitled action has been settled:

IT IS ORDERED that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

Dated:  August 26, 2024                    /s/Gail A. Marchione,
                                                                        **Courtroom Deputy Clerk**